The Law Office of Olaf W. Hedberg
Olaf W. Hedberg, State Bar #151082
901 H St., Suite 673
Sacramento, California 95814
(916) 447-1192 office
1-412-774-3537 fax
o.hedberg@sbcglobal.net

IN THE UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF

CALIFORNIA

THE UNITED STAES OF AMERICA

V.

Donald Moore

Case Number:  2:08-CR-235 KJM

STIPULATION AND ORDER FOR CONTINUANCE OF STATUS CONFERENCE

DATE: June 23, 2011
TIME: 10 a.m.
DEPT: 3

    It is hereby stipulated between the parties, Heiko Coppola, Assistant United States Attorney, and Olaf Hedberg, attorney for defendant Donald Moore, that the status conference date of June 23, 2011, should be continued until August 11, 2011, at 10:00 a.m.. The continuance is necessary as defense counsel is new to the case and is still investigating the case. Further the parties are negotiating a disposition.

    IT IS STIPULATED that the period of time from the signing of this Order up to and including the new status conference date of August 11, 2011, be excluded in computing the time

within which trial must commence under the Speedy Trial Act, pursuant to 18 U.S.C. § 3161(h)(7)(B)(iv) and Local Code T4, for ongoing preparation of counsel and that the continuance outweighs the best interests of the public and the defendants to a speedy trial.

Respectfully submitted,

Date: June 18, 2011                    /s/ Olaf W. Hedberg
                                        Olaf W. Hedberg
                                        Attorney for Donald Moore

Date: June 18, 2011                    Benjamin Wagner
                                        United States Attorney

                                        /s/ Heiko Coppola
                                        Heiko Coppola
                                        Assistant United States Attorney

## ORDER

IT IS SO ORDERED.  The status conference set for June 23, 2011 is vacated and reset for August 11, 2011 at 10:00 a.m.  Time is excluded from the signing of this order up to and including the new status conference date of August 11, 2011 under the Speedy Trial Act, pursuant to 18 U.S.C. § 3161(h)(7)(B)(iv) and Local Code T4, for ongoing preparation of counsel. The Court finds that the ends of justice served by taking such action outweigh the best interests of the public and the defendant in a speedy trial.

DATED:  June 21, 2011.

_____
UNITED STATES DISTRICT JUDGE